| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8943<br>Facsimile: (415) 744-0134 |
| 7 | E-Mail: Elizabeth.Firer@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANE L. STALLINGS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01723-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an additional of 30 days to respond to Plaintiff's motion for summary judgment, up to and including March 27, 2008. The additional time is necessary because the Special Assistant United States Attorney for the Commissioner has experienced a dramatic increase in her workload due, in part, to a staffing shortage in the Commissioner's San Francisco regional office. From December through the third week of February, three-to-four full time attorneys are or have been out on extended leave for medical, professional, bereavement and military purposes, which has resulted in many case reassignments and additional work for the attorneys in the office. In addition, during the month of February, the Commissioner's attorney has had to prepare for a Ninth Circuit oral argument and prepare an appeal recommendation, which involved a very short and unpredictable time frame.

1 The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                      Respectfully submitted,

4 Dated February 26, 2008,                  */s/ Robert Webber*
                                          _____
                                          Robert Webber
                                          (as authorized via telephone on February 26, 2008)
                                          Black, Chapman, Webber, Stevens, Petersen & Lundblade

                                          Attorney for Plaintiff

9 Dated February 26, 2008,                  McGREGOR W. SCOTT
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

12                            By:
                                          */s/ Elizabeth Firer*
                                          _____
                                          Elizabeth Firer
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: February 28, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE