| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |

 333 Market Street, Suite 1500
 San Francisco, California 94105
 Telephone: (415) 977-8943
 Facsimile: (415) 744-0134
 E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANE L. STALLINGS,              )<br>                                                )<br>     Plaintiff,                              )<br>                                                )<br>        v.                                    )<br>                                                )<br>MICHAEL J. ASTRUE,            )<br>Acting Commissioner of          )<br>Social Security,                          )<br>                                                )<br>     Defendant.                         )<br>_____) | CIVIL NO. 2:07-CV-01723-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an additional 4 days to respond to Plaintiff's motion for summary judgment, up to and including March 31, 2008. The Special Assistant United States Attorney for the Commissioner inadvertently calendared the brief as due on Monday, March 31, 2008 instead of Thursday, March 27, 2008. Counsel has had three additional district court briefs due this week, and cannot complete the brief for this case until Monday, March 31.

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated March 27, 2008,

*/s/ Robert Webber*
_____
Robert Webber
(as authorized via telephone on March 27, 2008)
Black, Chapman, Webber, Stevens, Petersen & Lundblade

Attorney for Plaintiff

Dated March 27, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  March 28, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE