IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STALLINGS, | No. CIV S-07-1723-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. As of April 7, 2008, plaintiff, however, had not notified the court regarding consent. The court directed plaintiff to show cause regarding failure to notify the court regarding consent. On April 14, 2008, plaintiff filed a response to the order to show cause. In her response, plaintiff states that, while she completed the consent form and served it on counsel for defendant, she did not submit the completed form to the court for filing. She attaches a signed consent form to her response.

1

1  Good cause appearing therefor, the court's April 7, 2008, order to show cause is
2  hereby discharged.  The Clerk of the Court is directed to separate the consent form from
3  plaintiff's April 14, 2008, submission and to file it separately.  The Clerk of the Court shall also
4  reassign this case as appropriate.
5  IT IS SO ORDERED.

DATED: April 21, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE